United States District Court
Southern District of Texas

**ENTERED**

July 15, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **ELINET MARIA NERY REYES** | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-01221 |
| | § | |
| **ERO DIRECTOR MIGUEL VERGARA,** | § | |
| *et al.,* | § | |
| Respondents. | | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Under 28 U.S.C. § 2241), (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names ERO Director Miguel Vergara; Markwayne Mullin, Secretary of the Department of Homeland Security; Todd Blanche, United States Attorney General; Warden of Laredo Processing Center; and the Department of Homeland Security, as respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than July 22, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than July 29, 2026.**[1]

The Court **DIRECTS** the Clerk of Court to serve the Petition, (Dkt. No. 1), its attachments, and this Order on the United States Attorney for the Southern District of Texas via electronic mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least seven (7) days before any such transfer. The parties

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

are further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on July 15, 2026.

John A. Kazen
United States District Judge